UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

JAMES HOSKINS,

                    Defendant.

**ORDER**

20 Cr. 399 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the telephone conference in this action currently scheduled for October 29, 2020 at 12:00 p.m. will now take place on **October 29, 2020 at 9:30 a.m.**

Dated: New York, New York
       October 27, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge