UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>JAMES HOSKINS,<br><br>                    Defendant. | **ORDER**<br><br>20 Cr. 399 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant James Hoskins' sentencing will take place on **June 25, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Hoskins are due by **June 4, 2021**. The Government's submission is due by **June 11, 2021**.

Dated: New York, New York
       May 10, 2021

SO ORDERED.

_[signature]_
_____
Paul G. Gardephe
United States District Judge