UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JAMES HOSKINS,

Defendant.

**ORDER**

20 Cr. 399 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for June 25, 2021 is adjourned to **June 28, 2021 at 9:30 a.m.**

Dated:  New York, New York
          June 17, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge