# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 19, 2021

**BY ECF**

The Honorable Judge Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature] Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: July 20, 2021

**RE:    United States v. James Hoskins
20 Cr. 399 (PGG)**

Honorable Judge Gardephe:

I write to respectfully request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release James Hoskins's United States Passport to him at an address to be provided to Pretrial Services.

The Court sentenced Mr. Hoskins to three years' probation on June 28, 2021. The Pretrial Services Office has informed us that Mr. Hoskins's Passport was provided to Pretrial Services when he first began pretrial supervision in 2020. We understand Pretrial Services can only release these documents pursuant to a Court order. We can provide additional information, if necessary.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:    Danielle Kudla, Assistant U.S. Attorney